# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | November 8, 2017 |
| vs. | Case No.: | 15-4052-01-CR-C-BCW |
| **CHIKE UZODINMA AGOGBUA** | | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:18am          **Time Terminated:** 10:38am

### APPEARANCES

**Plaintiff's counsel:**     Jim Y. Lynn, AUSA
**Defendant's counsel:**     Arturo A. Hernanez, III
**Probation officer:**     Danielle Staats

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepted defendant's guilty plea. There are no objections to the Presentence Report and Court adopts P.S.I.R. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:**

Defendant sentenced to imprisonment in Bureau of Prisons for 4 months on Count 1S and 24 months on Count 6S, terms to run consecutive; total term of 28 months.

Court orders supervised release of 3 years on Count 1S and 1 year on Count 6S, terms to run concurrent.

FINE: waived; SPECIAL ASSESSMENT: $200; RESTITUTION: $59,610
Defendant advised of right to appeal

Government dismissed remaining Counts.

Court recommended defendant be designated to an institution as close as possible to Prathersville, Georgia.

Defendant ordered to self-surrender by January 3, 2018.

**Court Reporter:** Denise Halasey          **Courtroom Deputy:** J Russel